IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01271-ZLW

PAUL C. WILLIAMS,

        Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, A Municipal Corporation,
MARGARET A. CASSEL, In her Individual Capacity and in her Official Capacity as
      Detective,
COLORADO SPRINGS POLICE DEPARTMENT,
LUIS VELEZ, Chief of Police, C.S.P.D., In his Official Capacity,
LT. WILLIAM D. LIDH, C.S.P.D., In his Official Capacity,
MICHAEL P. McHENRY, In his Individual Capacity as Deputy State Public Defender,
      and,
DENA PECK, In her Individual Capacity and in her Official Capacity, as Paralegal,
      County of El Paso, Colorado

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on November 28, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
        <u>X</u>   is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        <u>X</u>   is not submitted
        ___   is missing affidavit
        ___   is missing certified copy of prisoner's trust fund statement for the 6-month period

    immediately preceding this filing
\_\_  is missing required financial information
\_\_  is missing an original signature by the prisoner
\_\_  is not on proper form (must use the court's current form)
\_\_  other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this __1__ day of __December__, 2006.

        BY THE COURT:

        */s/ Zita L. Weinshienk*
        ZITA L. WEINSHIENK, Senior Judge
        United States District Court